# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Ermon Quintonio Williams                          Docket No. 5:11-CR-322-2BO

### Petition for Action on Supervised Release

COMES NOW Eddie J. Smith, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ermon Quintonio Williams, who, upon an earlier plea of guilty to 18 U.S.C. § 371, Conspiracy to Possess Altered Checks; to Make, Utter, and Possess Altered Checks and Commit Bank Fraud, 18 U.S.C. §§ 513(a) and 2, Making, and Possessing a Forged Security and Aiding and Abetting, and 18 U.S.C. §§ 1344(1) and (2) and 2, Bank Fraud and Aiding and Abetting, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on October 26, 2012, to the custody of the Bureau of Prisons for a term of 15 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court. Additionally, the defendant was ordered to pay a $300 special assessment and restitution in the amount of $12,252.69 at a rate of $50 per month commencing 60 days after his release.

Ermon Quintonio Williams was released from custody on August 22, 2013, at which time the term of supervised release commenced. On April 11, 2014, a violation report was submitted to the court reporting that the defendant had been charged in South Carolina with the offenses of Speeding 45/25, No Valid Driver's License, No Driver's License in Possession, and Possession of Drug Paraphernalia. Additionally, the defendant was charged in Cumberland County, NC, with the offense of Driving While License Revoked (14CR707077). The defendant was instructed not to drive until properly licenced. In reference to the South Carolina charges, the court agreed to continue supervision until additional details of the offenses were obtained.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The probation officer spoke with the charging officer in South Carolina who advised he stopped the defendant for speeding. When he approached the vehicle, he smelled what appeared to be marijuana. He also observed a green, leafy substance in the defendant's lap. The substance was determined to be synthetic marijuana. Due to same, the defendant was charged with Possession of Drug Paraphernalia and ordered to pay a $1,000 fine. As a sanction for this conduct, we are recommending that the conditions of supervision be modified to include three days in jail and our standard drug aftercare condition.

Since his release from custody, the defendant has only made one payment of $50 toward his monetary obligations. He is currently $350 in arrears. We will continue efforts to collect the required monthly payments. At this time, we are recommending that supervision be continued.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Ermon Quintonio Williams
Docket No. 5:11-CR-322-2BO
Petition For Action
Page 2

      **PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 3 days, as directed by the probation office, and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert K. Britt<br>Robert K. Britt<br>Senior U.S. Probation Officer | /s/ Eddie J. Smith<br>Eddie J. Smith<br>U.S. Probation Officer<br>310 Dick Street<br>Fayetteville, NC 28301-5730<br>Phone: (910) 483-8613<br>Executed On: June 9, 2014 |

### ORDER OF COURT

Considered and ordered this 9 day of June, 2014, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge